# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　v.<br><br>MARGARET L. LOCKHART, in individual and representative capacity as Trustee of the Survivor's Trust created under the Lockhart Living Trust dated May 8, 1991, as Restated March 12, 1998; HUMBERTO SANCHEZ JR.; MIGUEL ANGEL FLORES; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-cv-01898-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

In accordance with the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE